```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RAMON JAQUEZ,                                                     :
                                                                  :
                              Plaintiff,                          :     21-CV-2431 (JMF)
                                                                  :
              -v-                                                 :     ORDER
                                                                  :
DORM COMPANY CORPORATION,                                         :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of Defendant's new motion to dismiss, *see* ECF No. 15, Defendant's earlier motion to dismiss filed at ECF No. 12 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **July 13, 2021**. Defendant's reply, if any, is due by **July 20, 2021**.

The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

Dated: June 30, 2021
      New York, New York
                                                                   JESSE M. FURMAN
                                                              United States District Judge