UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RAMON JAQUEZ,  :
:
                       Plaintiff,  :        21-CV-2431 (JMF)
:
     -v-  :        <u>ORDER</u>
:
DORM COMPANY CORPORATION,  :
:
                     Defendant.  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's orders on August 5, 2021, and August 23, 2021, the parties were required to file a proposed case management plan and joint letter no later than August 26, 2021. *See* ECF Nos. 21, 23. To date, the Court has not received the parties' required submissions. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **August 30, 2021.** Failure to comply with this Order may result in sanctions. In the meantime, the initial pretrial conference currently scheduled for August 31, 2021, is hereby ADJOURNED to **September 2, 2021,** at **3:00 p.m.**

      SO ORDERED.

Dated: August 27, 2021
       New York, New York

                                                  JESSE M. FURMAN
                                             United States District Judge